UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GILEAD MUTAVA,

              Plaintiff,

-against-

UNITED STATES OF AMERICA, et al.,

              Defendants.

25-CV-6594 (LTS)

ORDER OF DISMISSAL

---

LAURA TAYLOR SWAIN, Chief United States District Judge:

    Plaintiff, who is appearing *pro se*, brings this action against the United States of America and the "Federal Judiciary of the United States." Plaintiff previously submitted to this court a duplicate complaint against Defendants. That case is assigned docket number 25-CV-6362. As this complaint raises the same claims against the same defendants, no useful purpose would be served by litigating this duplicate lawsuit. Therefore, this complaint is dismissed without prejudice to Plaintiff's pending case under docket number 25-CV-6362.

## CONCLUSION

    Plaintiff's complaint is dismissed as duplicative of *Mutava v. United States of America*, No. 25-CV-6362. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962). The Clerk of Court is directed to enter judgment in this action.

SO ORDERED.

Dated:   August 11, 2025
           New York, New York

                                          /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                       Chief United States District Judge