UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GILEAD MUTAVA,

                Plaintiff,

-against-

UNITED STATES OF AMERICA, ET AL.,

                Defendant.

25 CIVIL 6594 (LTS)

## CIVIL JUDGMENT

    For the reasons stated in the August 11, 2025, order, Plaintiff's complaint is dismissed as duplicative of Mutava v. United States of America, No. 25-CV-6362. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

    SO ORDERED.

Dated:   August 14, 2025

          New York, New York

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                              Chief United States District Judge