UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GILEAD MUTAVA,

                    Plaintiff,

          -against-

UNITED STATES OF AMERICA, et al.,

                  Defendants.

25-CV-6362 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated August 11, 2025, the Court dismissed *Mutava v. United States of America*, No. 25-CV-6594, as duplicative of this action. The order of dismissal, however, was docketed in this action. The Court therefore directs the Clerk of Court to vacate the order of dismissal and civil judgment docketed in the 25-CV-6362 matter, and to reopen the 25-CV-6362 matter.[1] Because this action is being reopened, the Court denies the emergency motions (ECF 12-13) as unnecessary and directs the Clerk of Court to terminate these motions.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:    February 9, 2026
           New York, New York

                      /s/ Laura Taylor Swain
                         LAURA TAYLOR SWAIN
                 Chief United States District Judge

---

[1] Separately, the Court will dismiss the action under docket number 25-CV-6594 as duplicative of this action.