UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GILEAD MUTAVA,,,,

                        Plaintiff,

        -against-

UNITED STATES OF AMERICA.,

                        Defendants.

25 CIVIL 006362 (GBD)

**<u>CIVIL JUDGMENT</u>**

        For the reasons stated in the, June 1, 2026, Order, the Court dismisses this action as frivolous. See 28 U.S.C. § 1915(e)(2) (B)(i). The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

        SO ORDERED.

 Dated:    June 4, 2026
           New York, New York

                                        /s/ George B. Daniels
                                        GEORGE B. DANIELS
                                        United States District Judge